IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL NET LEASE, INC.,<br>　　　　　Plaintiff,<br>v.<br><br>KEVIN SHIELDS, THE KEVIN A. SHIELDS FAMILY TRUST, AND SHEMEEL KHAN,<br>　　　　　Defendants | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 1:19-cv-00336 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff GLOBAL NET LEASE, INC. by its counsel, hereby give notice that the above-captioned action is voluntary dismissed, without prejudice, against the defendants KEVIN SHIELDS, THE KEVIN A. SHIELDS FAMILY TRUST, and SHEMEEL KHAN.

Date: February 4, 2019

/s/ Peter D. Doyle

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000

*Counsel for Plaintiff Global Net Lease Inc.*